```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2  EUMI CHOI (WVBN 0722)
    Chief, Criminal Division
 3  JAY R. WEILL (CSBN 75434)
    Assistant United States Attorney
 4       10th Floor Federal Building
         450 Golden Gate Avenue, Box 36055
 5       San Francisco, California 94102
         Telephone: (415) 436-7017
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.-06-0193-CW(WDB) |
| Plaintiff, | ) | |
| v. | ) | |
| JOSEPH GEORGE SABEH, | ) | SPEEDY TRIAL ACT ORDER |
| Defendant. | ) | |

This matter came on for defendant's initial appearance and arraignment on March 27, 2006. The trial setting hearing before Judge Wilken shall be held on April 17, 2006 at 2:00 p.m.

The government and defendant and his counsel (Michael Steanian) have agreed that the period from March 27, 2006 to April 17, 2006 shall be excluded under the Speedy Trial Act in the interest of justice pursuant to Title 18 U.S.C Sections 3161(h)(8)(A), (B)(ii), and (B)(iv). The Court agrees and finds that the ends of justice served by excluding the above period outweigh the best interests of the public and the defendant in a speedy trial, because the defendant and his counsel are entitled to a reasonable time necessary for effective preparation of the defenses.

IT IS SO ORDERED.

Dated: April 6, 2006

_____
WAYNE D. BRAZIL
United States District Judge