KEVIN V. RYAN (CSBN 118321)
United States Attorney
EUMI CHOI (WVBN 0722)
Chief, Criminal Division
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
    10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.-06-0193-CW |
|     Plaintiff, ) | |
| v. ) | |
| JOSEPH GEORGE SABEH, ) | SPEEDY TRIAL ACT ORDER |
|     Defendant. ) | |

This matter came on for defendant's initial appearance on April 17, 2006. The matter is continued to May 15, 2006 at 2:00 p.m. for change of plea.

The government and defendant and his counsel (Michael Stepanian) have agreed that the period from April 17, 2006 to May 15, 2006 shall be excluded under the Speedy Trial Act in the interest of justice pursuant to Title 18 U.S.C Sections 3161(h)(8)(A), (B)(ii), and (B)(iv). The Court agrees and finds that the ends of justice served by excluding the above period outweigh the best interests of the public and the defendant in a speedy trial, because the defendant and his counsel are entitled to a reasonable time necessary for effective preparation of the defenses.

IT IS SO ORDERED.

Dated: 4/28/06

_____
CLAUDIA WILKEN
United States District Judge