IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSEPH SABEH,<br><br>        Defendant.<br>_____/ | No. CR 06-00193 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE GUILTY PLEA |

    The Court has reviewed Magistrate Judge Wayne D. Brazil's Report and Recommendation Re Entry of Plea of Guilty and adopts the Recommendation in every respect.  Accordingly,

    IT IS ORDERED that a plea of guilty is hereby entered as to Count One of the Information charging Defendant Joseph Sabeh with filing a false income tax return for the year 1998 in violation of 26 U.S.C. § 7206(a).  Sentencing is set for September 25, 2006, at 2:30 p.m.  The Defendant shall report to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 7/10/06

                                    /s/ Claudia Wilken
                                    CLAUDIA WILKEN
                                    United States District Judge

cc: WDB; U.S. Probation