1  MICHAEL STEPANIAN  (CSBN 037712)
   Attorney at Law
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: (415) 771-6174
   Facsimile:  (415) 474-3748
4

5  Attorney for Defendant
   JOSEPH GEORGE SABEH
6

7              **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9              **OAKLAND VENUE**

10

11 UNITED STATES OF AMERICA,
                                           CR 06-00193-01 CW
12              Plaintiff,
                                           **STIPULATION TO PERMIT**
13                                         **DEFENDANT TO TRAVEL**
                                           **OUT-OF-DISTRICT**
14         vs.                             **FOR EASTER HOLIDAYS**
15
   JOSEPH GEORGE SABEH,
16
                Defendant.
17                                      /
18

19
20      IT IS HEREBY STIPULATED AND AGREED by and between Michael Stepanian, on

21 behalf of Joseph George Sabeh, and Assistant United States Attorney Jay Weil, that defendant be

22 permitted to travel to the Central District of California [Los Angeles] from April 4-April 9, 2007,

23 for a family gathering at Easter.

24 ///

25
   ///
26
   ///
27

28

Mr. Sabeh is subject to a curfew and this must be deleted in order to permit him to travel to Los Angeles. Noel Belton who is supervising Mr. Sabeh from the U.S. Probation Office has no objection to deleting the curfew from April 4-April 9, 2007.

Date: March 23, 2007                                  /s/ Michael Stepanian
                                                      MICHAEL STEPANIAN
                                                      Counsel for Defendant
                                                      Joseph George Sabeh

Date: March 23, 2007                                  /s/ Jay Weil
                                                      JAY WEIL
                                                      Assistant United States Attorney

SO ORDERED:

Date:   March 26, 2007                                _____
                                                      CLAUDIA WILKEN
                                                      United States District Court Judge

2